IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>DIEGO MENDOZA TORRES and JEANNE MARIE TORRES,<br><br>Debtor. | Chapter 7<br><br>Case No.11-bk-12641-SSC<br><br>Adv. No. 11-ap-1081<br><br>(Not for Publication- Electronic Docketing ONLY) |
| EVA MYERS,<br><br>Plaintiff,<br><br>v.<br><br>DIEGO MENDOZA TORRES and JEANNE MARIE TORRES,<br><br>Defendants. | ORDER INCORPORATING MEMORANDUM DECISION DATED DECEMBER 5, 2011 |

Based upon this Court's Memorandum Decision dated December 5, 2011, which is incorporated herein by reference:

The Court finds that the Plaintiff has not met its burden of proof under 11 U.S.C. § 523(a)(4). The Court concludes that there are no genuine issues of material fact. Therefore, the Debtors' Motion for Summary Judgment is granted.

IT IS ORDERED that the Defendants' Motion for Summary Judgment is

1

GRANTED.

DATED this 5th day of December, 2011.

_____
Honorable Sarah Sharer Curley
United States Bankruptcy Judge

2